Kamardeep Singh Athwal (SBN# 241024)
Manmeet Toor (SBN# 278741)
SIKH ALLIANCE
917 13th Street
Modesto, CA 95354
Telephone: (209) 409-8353
E-Mail: contact@sikhalliance.org
E-Mail: manmeet@sikhalliance.org

**FILED**

NOV 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| KULVIR SINGH BARAPIND<br><br>　　　Plaintiff,<br><br>　　　VS.<br><br>GOVERNMENT OF THE REPUBLIC OF INDIA, ET AL.,<br><br>　　　Defendants. | Case No.: 1:13-CV-00667-AWI-GSA<br><br>**NOTICE OF FILING VOLUNTARY DISMISSALS** |

Pursuant to this court's order of November 15, 2013, through his undersigned counsel, plaintiff Kulvir Singh Barapind, hereby notices the Court of his filing the herein notices of voluntary dismissals pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure against the following twenty-two defendants:

1)　Ananya Gautam;

2)　Angrej Singh;

3)　Ashwani Kumar;

4)　Dhanpreet Kaur;

1

5) Dharam Singh Uppal;

6) Jaswinder Singh;

7) Lok Nath Angra;

8) Manmohan Singh;

9) Parkash Singh Badal;

10) Pranab Mukherjee;

11) Rajinder Singh;

12) Rakesh Kumar;

13) S.C. Sinha;

14) Salman Khurshid;

15) Sarabjit Singh;

16) Shiv Kumar;

17) Shivraj Patil;

18) Shivshankar Menon;

19) Shushilkumar Shinde;

20) Somanahalli Mallaiah Krishna;

21) Sukhbir Singh Badal; and

22) Sumedh Saini.

DATED: NOVEMBER 21, 2013
Modesto, CA

Respectfully Submitted,

/s/ Kamardeep Singh Athwal
Kamardeep Singh Athwal, Esq.

*Attorney for Plaintiff Kulvir Singh Barapind*

It is so Ordered. Dated: //-22-/3

United States District Judge