KAMARDEEP SINGH ATHWAL (#241025)
Athwal Law Office
PO Box 747
Fairfield, CA  94533
deep_athwal@yahoo.com

MANMEET TOOR (#278741)
Sikh Alliance
917 13th Street
Modesto, CA  95354
manmeet@sikhalliance.com

Attorneys for Plaintiff Kulvir Singh Barapind


JUAN C. BASOMBRIO (#150703)
KATHERINE J. SANTON (#265600)
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:     (714) 800-1400
Facsimile:     (714) 800-1499
basombrio.juan@dorsey.com
santon.kate@dorsey.com

Attorneys for Defendants Government
of the Republic of India, State
Government of Punjab, and Punjab
Police

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KULVIR SINGH BARAPIND,**<br><br>            Plaintiff,<br><br>v.<br><br>**GOVERNMENT OF THE REPULIC OF INDIA, et al.,**<br><br>            Defendants. | Case No. 1:13-cv-00667-AWI-GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE, JOINT SCHEDULING CONFERENCE STATEMENT AND RULE 26(F) REQUIREMENTS** |

# ORDER

Based on the parties' Joint Motion,

IT IS HEREBY ORDERED THAT:

The Joint Scheduling Conference currently set for April 9, 2014 is hereby vacated. The Scheduling Conference will now be held on June 4, 2014, at 10:00 a.m. The parties' joint scheduling report is due one week prior to the hearing. All Federal Rule of Civil Procedure 26(f) obligations that are triggered by the date of the Scheduling Conference will be continued and will be based on the new Joint Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **April 2, 2014**               /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE