# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KULVIR SINGH BARAPIND,**<br><br>          **Plaintiff**<br><br>          v.<br><br>**GOVERNMENT OF THE REPUBLIC OF INDIA, et al.,**<br><br>          **Defendants** | CASE NO. 1:13-CV-0667 AWI GSA<br><br>ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. Doc. 40. Plaintiff opposes the motion. Doc. 41. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 7, 2014, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: \_\_April 2, 2014\_\_          _____
                                                SENIOR DISTRICT JUDGE