UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVIR SINGH BARAPIND,<br><br>        Plaintiff<br><br>        v.<br><br>GOVERNMENT OF THE REPUBLIC<br>OF INDIA, et al.,<br><br>        Defendants | CASE NO. 1:13-CV-0667 AWI GSA<br><br>ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL RESPONSES |

    Plaintiff has sought leave to file a sur-reply. Doc. 48. The crux of Plaintiff's argument is that while Defendants initially argued that subject matter jurisdiction was lacking on the face of the complaint, the reply shifted position to make a factual attack on subject matter jurisdiction. Plaintiff's opposition responded only to a facial attack. In order to ensure that all appropriate evidence that is relevant to subject matter jurisdiction may be submitted, leave to file supplemental responses is granted.

    Therefore, IT IS HEREBY ORDERED that Plaintiff may file a supplemental response within twenty (20) days of the filing of this order. Defendants may then file a supplemental response within twenty (20) days of the filing of Plaintiff's supplemental response.

IT IS SO ORDERED.

Dated:   May 19, 2014                                                

                                                    SENIOR DISTRICT JUDGE