UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVIR SINGH BARAPIND,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GOVERNMENT OF THE REPUBLIC<br>OF INDIA, et al.,<br><br>　　　　Defendants | CASE NO. 1:13-CV-0667 AWI GSA<br><br>ORDER VACATING HEARING DATE<br>OF MAY 27, 2014 |

　　Plaintiff's motion for leave to file a sur-reply has been granted. Doc. 57.  Defendants' request for consolidation of oral argument for that motion with Plaintiff's motion for leave to amend the complaint is denied.  The previously scheduled hearing date of May 27, 2014 is vacated.

IT IS SO ORDERED.

Dated: 　May 20, 2014　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE