1. Kamardeep Singh Athwal (SBN# 241025)
   Manmeet Toor (SBN# 278741)
   SIKH ALLIANCE
   917 13th Street
   Modesto, CA  95354
   Telephone: (209) 409-8353
   Facsimile:   (415) 360-5923
   E-Mail: contact@sikhalliance.org
   E-Mail: manmeet@sikhalliance.org

*Attorneys for Plaintiff, Kulvir Singh Barapind*

Juan C. Basombrio (#150703)
Katherine J. Santon (#265600)
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
basombrio.juan@dorsey.com
santon.kate@dorsey.com

*Attorneys for Defendants Government of the Republic of India, State Government of Punjab, and Punjab Police*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO DIVISION)

| | |
|---|---|
| KULVIR SINGH BARAPIND<br>　　　　Plaintiff,<br><br>　　　　VS.<br><br>GOVERNMENT OF THE REPUBLIC OF INDIA, ET AL.,<br>　　　　Defendants. | CASE NO.: 1:13-CV-00667-AWI-GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE, JOINT SCHEDULING CONFERENCE STATEMENT, AND RULE 26(A) AND (F) REQUIREMENTS** |

**ORDER**

Based on the parties' Joint Motion,

IT IS HEREBY ORDERED THAT:

1. The May 28, 2014 deadline to file the Joint Scheduling Conference Statement and the Joint Scheduling Conference currently set for June 4, 2014 are hereby vacated.

2. The Initial Scheduling Conference is reset and will now be held on August 11, 2014, at 10:00 a.m.

3. All Federal Rule of Civil Procedure 26(a) and (f) obligations that are triggered by the date of the Scheduling Conference are also continued and will be reset based on the new Joint Scheduling Conference date.

IT IS SO ORDERED.

Dated: **May 29, 2014**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE